

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST LITIGATION  MDL No. 2262

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO -5)

On August 12, 2011, the Panel transferred 3 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 802 F.Supp.2d 1380 (J.P.M.L. 2011). Since that time, 9 additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Naomi Reice Buchwald.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Buchwald.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of August 12, 2011, and, with the consent of that court, assigned to the Honorable Naomi Reice Buchwald.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 25, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY
Deputy Clerk

IN RE: LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST LITIGATION                           MDL No. 2262

## SCHEDULE CTO-5 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 5 | 13-00062 | City of Riverside et al v. Bank of America Corporation et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 12-06571 | Payne et al v. Bank of America Corporation et al |
| CAN | 3 | 13-00106 | City of Richmond et al v. Bank of America Corporation et al |
| CAN | 3 | 13-00109 | East Bay Municipal Utility District v. Bank of America Corporation et al |
| CAN | 4 | 13-00108 | County of San Mateo et al v. Bank of America Corporation et al |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 13-00048 | County of San Diego v. Bank of America Corporation et al |